# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

CHARLES AMBLE,

        Petitioner,

   v.

STEVE WATTERS, Director,
Sand Ridge Secure Treatment Center,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No.:   09-cv-407-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

    Petitioner's petition for a writ of habeas corpus is DISMISSED with prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

7/8/09
_____
Date